**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: 307 Holdings LLC, et al. v. MultiPlan, Inc. et al.

Case Number: 1:24-cv-10943

An appearance is hereby filed by the undersigned as attorney for:

The Cigna Group

Attorney name (type or print): Warren Haskel

Firm: McDermott Will & Schulte LLP

Street address: One Vanderbilt Avenue

City/State/Zip: New York, NY 10017-3852

Bar ID Number: NY 4650040
(See item 3 in instructions)

Telephone Number: (212) 547-5533

Email Address: whaskel@mwe.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ✔ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 12, 2025

Attorney signature: S/ Warren Haskel
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023